**WILLKIE FARR & GALLAGHER LLP**
Michael J. Gottlieb (SBN 261434)
mgottlieb@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone: (310) 855-3000

*Attorney for Movant*
*Aubrey Drake Graham*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUBREY DRAKE GRAHAM<br><br>Movant,<br>v.<br><br>AYMEN "ANTHONY" SALEH,<br><br>Respondent. | Case No.:<br><br>[DISCOVERY MATTER]<br><br>Underlying action in United States District Court for the Southern District of New York, 1:25-cv-00399-JAV<br><br>**AUBREY DRAKE GRAHAM'S NOTICE OF MOTION**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, on _____________, 2025, at ____ a./p.m., or as soon thereafter as the matter may be heard, in the __________ Courthouse, located at _______________, Los Angeles, California 90012, in a courtroom to be assigned by the Court, Movant Aubrey Drake Graham will move for an order to transfer a discovery dispute, a Federal Rule of Civil Procedure 45 Subpoena-related Motion, to the Southern District of New York pursuant to Rule 45(f), to which the Respondent consents.

Pursuant to the Local Rules of the Central District of California, the Parties met and conferred regarding the Rule 45 Subpoena and issues raised in the Local Rule 37-2 Joint Stipulation on several occasions, including on April 17, 2025; May 5, 2025; September 11, 2025; September 15, 2025; and September 22, 2025. On August 26, 2025, Drake informed Respondent of his intent to seek relief from the Court if the parties could not reach agreement on discovery disputes related to the Subpoena. The parties are at an impasse and seek to litigate this dispute in the Southern District of New York.

This motion is based on this Notice of Motion and the Local Rule 37-2 Joint Stipulation.

Dated: September 26, 2025

WILLKIE FARR & GALLAGHER LLP

By: /s/ Michael J. Gottlieb
Michael J. Gottlieb

*Attorney for Aubrey Drake Graham*