**WILLKIE FARR & GALLAGHER LLP**
Michael J. Gottlieb (SBN 261434)
mgottlieb@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone: (310) 855-3000

*Attorney for Movant*
*Aubrey Drake Graham*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUBREY DRAKE GRAHAM<br><br>Movant,<br>v.<br><br>AYMEN "ANTHONY" SALEH,<br><br>Respondent. | Case No.:<br><br>Underlying action in United States District Court for the Southern District of New York, 1:25-cv-00399-JAV<br><br>**JOINT STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER**<br><br>Hearing Date: N/A<br>Discovery Cutoff: February 13, 2025<br>Pre-Trial Conf.: Not scheduled<br>Trial Date: Not scheduled |

# JOINT STIPULATION

WHEREAS, pursuant to Federal Rule of Civil Procedure 45, on March 14, 2025, Plaintiff Aubrey Drake Graham ("Drake") served non-party Aymen "Anthony" Saleh ("Saleh") with a subpoena requesting documents in the matter of *Aubrey Drake Graham v. UMG Recordings, Inc*., 25-cv-0399-JAV (S.D.N.Y. Jan. 15, 2025), with a return date of March 28, 2025 (the "Subpoena");

WHEREAS, the place of compliance for the Subpoena is the District Court for the Central District of California;

WHEREAS, a discovery dispute between Drake and Saleh has arisen out of the Subpoena where the parties disagree on the redaction and "Confidential" designation of certain materials produced in response to the Subpoena;

WHEREAS, the "Confidential" designation is pursuant to the Protective Order from the underlying action, and therefore the parties' dispute concerns compliance with a Protective Order from the Southern District of New York;

WHEREAS, Federal Rule of Civil Procedure 45(f) provides that the court of compliance "may transfer a motion under" Rule 45 "to the issuing court if the person subject to the subpoena consents" to transfer;

WHEREAS, Saleh consents to the transfer of this dispute to the issuing court in the Southern District of New York, where the underlying action is pending and counsel for both parties is located;

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that this Court transfer the parties' discovery dispute to the United States District Court for the Southern District of New York, allowing them to file there in the first instance, to proceed in front of the Honorable Jeannette A. Vargas, who is presiding over the underlying action and familiar with the allegations and the governing Protective Order.

Respectfully submitted,

Dated: September 26, 2025

WILLKIE FARR & GALLAGHER LLP

By: /s/ Michael J. Gottlieb
Michael J. Gottlieb

*Attorney for Aubrey Drake Graham*

Dated: September 26, 2025

REITLER KAILAS & ROSENBLATT LLP

By: /s/ Brian Caplan
Brian Caplan

*Attorney for Aymen "Anthony" Saleh*

**ATTESTATION PER LOCAL RULE 5-4.3.4(2)(i)**

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: September 26, 2025

WILLKIE FARR & GALLAGHER LLP

By: /s/ Michael J. Gottlieb
Michael J. Gottlieb

*Attorney for Aubrey Drake Graham*

# [PROPOSED] ORDER

The Court, having reviewed and considered the Parties' Joint Stipulation, and good cause appearing therefor, hereby ORDERS as follows:

1. The Court finds that transfer of venue from the Central District of California to the Southern District of New York, where the action styled *Aubrey Drake Graham v. UMG Recordings, Inc.*, 25-cv-0399-JAV (S.D.N.Y. Jan. 15, 2025) is pending, is appropriate.

2. The Parties' Joint Stipulation to transfer the venue of this action to the United States District Court for the Southern District of New York is therefore APPROVED.

3. This case is hereby TRANSFERRED to the United States District Court for the Southern District of New York for all further proceedings pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. The Clerk is directed to transfer this case to the United States District Court for the Southern District of New York.

IT IS SO ORDERED.

Dated: ______________________________ ____________________________________

Hon. United States Magistrate Judge