ACCO,(PVCx),CLOSED,DISCOVERY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:25−mc−00100−SB−PVC

| | |
|---|---|
| Aubrey Drake Graham v. Aymen Anthony Saleh | Date Filed: 09/26/2025 |
| Assigned to: Judge Stanley Blumenfeld, Jr | Date Terminated: 10/10/2025 |
| Referred to: Magistrate Judge Pedro V. Castillo | Jury Demand: None |
| Case in other court:  U.S. District Court Southern District of New York, 1:25−cv−00399−JAV | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Diversity |
| Cause: Civil Miscellaneous Case | |

**Movant**

| | | |
|---|---|---|
| **Aubrey Drake Graham** | represented by | **Michael J. Gottlieb** |
| | | Willkie Farr and Gallagher LLP |
| | | 2029 Century Park East |
| | | Los Angeles, CA 20015 |
| | | 202−303−1442 |
| | | Fax: 202−303−2442 |
| | | Email: mgottlieb@willkie.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Respondent**

**Aymen Anthony Saleh**

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2025 | 1 | MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT Receipt No: ACACDC−40578956 – Fee: $52, filed by Movant Aubrey Drake Graham. (Attachments: # 1 Joint Stipulation to Transfer Venue and [Proposed Order]) (Attorney Michael J. Gottlieb added to party Aubrey Drake Graham(pty:bkmov))(Gottlieb, Michael) (Entered: 09/26/2025) |
| 09/26/2025 | 2 | CIVIL COVER SHEET filed by Movant Aubrey Drake Graham. (Gottlieb, Michael) (Entered: 09/26/2025) |
| 09/26/2025 | 3 | CERTIFICATE of Interested Parties filed by Movant Aubrey Drake Graham, identifying Other Interested Party UMG Recordings, Inc.. (Gottlieb, Michael) (Entered: 09/26/2025) |
| 10/01/2025 | 4 | PROOF OF SERVICE filed by Movant Aubrey Drake Graham, re Civil Cover Sheet (CV−71) 2 , MISC − Motion Related to Subpoena from Another District, 1 , Certificate/Notice of Interested Parties 3 served on September 26, 2025 1 and October 1, 2025 [2, 3]. (Gottlieb, Michael) (Entered: 10/01/2025) |
| 10/09/2025 | 5 | NOTICE OF ASSIGNMENT to District Judge Stanley Blumenfeld, Jr and Magistrate Judge Pedro V. Castillo. (mza) (Entered: 10/09/2025) |
| 10/09/2025 | 6 | Standing Order upon filing of the complaint by Judge Stanley Blumenfeld, Jr. (lfa) (Entered: 10/09/2025) |

| 10/10/2025 | [7](#) | NOTICE of Voluntary Dismissal filed by Movant Aubrey Drake Graham. Dismissal is without prejudice. (Gottlieb, Michael) (Entered: 10/10/2025) |
|---|---|---|
| 10/10/2025 | [8](#) | JOINT STIPULATION TO TRANSFER VENUE AND ORDER by Magistrate Judge Pedro V. Castillo. The Parties' Joint Stipulation to transfer the venue of this action to the United States District Court for the Southern District of New York is therefore APPROVED. This case is hereby TRANSFERRED to the United States District Court for the Southern District of New York for all further proceedings pursuant to Rule 45 of the Federal Rules of Civil Procedure. (SEE DOCUMENT FOR FURTHER DETAILS) (hr) (Entered: 10/15/2025) |